# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAPIDDEPLOY, INC.<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KATHY A. BARAN, Director, California Service Center, USCIS; UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES ("USCIS"); KEVIN K. MCALEENAN, Acting Secretary, Department of Homeland Security; and KENNETH T. CUCCINELLI, Acting Director, USCIS<br><br>　　　　Defendants. | Case No. 8:19-cv-00819-JLS-KES<br><br>ORDER FOR DISMISSAL WITH PREJUDICE<br><br><br>Courtroom: 10A<br>Judge: Hon. Josephine L. Staton<br><br><br>Action Filed: May 2, 2019<br>Scheduling Conference: August 23, 2019 |

# **ORDER**

This stipulation is approved. The entire action, including all claims and counterclaims against all parties, is hereby dismissed with prejudice.

Dated: July 26, 2019

JOSEPHINE L. STATON
———————————————
Hon. Josephine L. Staton